In the Matter of RICKEY LYNCH, Petitioner, v WILLIAM CONDON, Respondent. [928 NYS2d 464]—

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its

authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Balkin, Leventhal and Roman, JJ., concur.